Matter of Jenkins (2025 NY Slip Op 03384)

Matter of Jenkins

2025 NY Slip Op 03384

Decided on June 05, 2025

Appellate Division, First Department

Per Curiam 

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: June 05, 2025
SUPREME COURT, APPELLATE DIVISION
First Judicial Department

Present — Hon. Peter H. Moulton
Justice Presiding

Motion No. 2025-01727|Case No. 2024-02309|

[*1]In the Matter of John Spencer Jenkins a Suspended Attorney: Attorney Grievance Committee for the First Judicial Department, Petitioner, John Spencer Jenkins (OCA Atty Reg. 4471595), Respondent.

Disciplinary proceedings instituted by the Attorney Grievance Committee for the First Judicial Department. Respondent, John Spencer Jenkins, was admitted to the Bar of the State of New York at a Term of the Appellate Division of the Supreme Court for the Third Judicial Department on January 24, 2007.

Jorge Dopico, Chief Attorney, Attorney Grievance Committee, New York City (Gina M. Patterson, of counsel), for petitioner
Respondent, pro se.

Per Curiam 

Disciplinary proceedings instituted by the Attorney Grievance Committee for the First Judicial Department. Respondent, John Spencer Jenkins, was admitted to the Bar of the State of New York at a Term of the Appellate Division of the Supreme Court for the Third Judicial Department on January 24, 2007.
Jorge Dopico, Chief Attorney,
Attorney Grievance Committee, New York
(Gina M. Patterson, of counsel), for petitioner
Respondent, pro se.
Motion No. 2025-01727 — April 7, 2025
In the Matter of John Spencer Jenkins, a suspended attorney
Per Curiam
Respondent John S. Jenkins was admitted to the practice of law in the State of New York by the Third Judicial Department on January 24, 2007, under the name John Spencer Jenkins. Respondent's last registered business address was in the First Judicial Department.
By order entered August 22, 2024, pursuant to the Rules for Attorney Disciplinary Matters (22 NYCRR) § 1240.9 (a)(3) and (5), this Court immediately suspended respondent from the practice of law, until further order of this Court, for failure to answer a complaint as repeatedly directed by the Attorney Grievance Committee (AGC) and his suspension in Florida for, inter alia, conversion and/or misappropriation of client funds (Matter of Jenkins, 232 AD3d 7 [1st Dept 2024]).
The AGC now seeks an order disbarring respondent pursuant to 22 NYCRR 1240.9 (b) on the ground that he was immediately suspended pursuant to 22 NYCRR 1240.9 (a)(3) and (5) and has neither responded to nor appeared for further investigatory or disciplinary proceedings within six months of the date of his suspension. The AGC served the motion in accordance with this Court's order, dated April 10, 2024, granting the AGC's motion for substitute service under Judiciary Law § 90 (6). To date, respondent has not submitted a response.
Accordingly, in as much as six months have elapsed since this Court's August 22, 2024, suspension order, and respondent has neither responded to nor appeared for further investigatory or disciplinary proceedings, the AGC's motion for an order disbarring respondent pursuant to 22 NYCRR 1240.9 (b) should be granted and his name stricken from the roll of attorneys in the State of New York, effective immediately (see Matter of Naccarato, 233 AD3d 35 [1st Dept 2024]; Matter of Tessler, 223 AD3d 102 [1st Dept 2024]).
All concur.
Wherefore, it is Ordered that the motion by the Attorney Grievance Committee for the First Judicial Department for an order pursuant to 22 NYCRR 1240.9(b), disbarring respondent John Spencer Jenkins, is granted, and respondent is disbarred and his name stricken from the roll of attorneys in the State of New York, effective immediately, and until further order of this Court; and
It is further Ordered that, pursuant to Judiciary Law § 90, respondent, John Spencer Jenkins, is commanded to desist and refrain from (1) the practice of law in any form, either as principal or agent, clerk or employee of another, (2) appearing as an [*2]attorney or counselor-at-law before any court, Judge, Justice, board, commission or other public authority, (3) giving to another an opinion as to the law or its application or any advice in relation thereto, and (4) holding himself out in any way as an attorney and counselor-at-law; and
It is further Ordered that, respondent, John Spencer Jenkins, shall comply with the rules governing the conduct of disbarred or suspended attorneys (see 22 NYCRR 1240.15), which are made part hereof; and
It is further Ordered that if respondent, John Spencer Jenkins, has been issued a secure pass by the Office of Court Administration, it shall be returned forthwith.
Entered: June 5, 2025